■ In the Matter of the Claim of VIRGINIA L. OSTROM, Appellant. COMMISSIONER OF LABOR, Respondent. [13 NYS3d 922]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed March 11, 2014, which ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

Decision affirmed. No opinion.

Peters, P.J., McCarthy, Egan Jr. and Lynch, JJ., concur. Ordered that the decision is affirmed, without costs.